AO 440 (Rev. 8/01) Summons in a Civil Action



**FILED**
DISTRICT COURT OF GUAM

JAN 13 2005

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

District of GUAM

MARTHA LAVARIAS and WALTER LAVARIAS,

    Plaintiffs,

V.

UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. and JOHN DOE INSURANCE CO.,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-00001**

TO: (Name and address of Defendant)

> DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES
> Located across Guam Fire Station, Marine Corps Drive
> Yigo, Guam 96929

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> ROBERT L. KEOGH
> Law Office of Robert L. Keogh
> 251 Martyr Street
> C & A Professional Building, suite 105
> Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within <u>twenty (20)</u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

DATE: JAN 10 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 11, 2005 |
| NAME OF SERVER *(PRINT)* | TITLE |
| Amie B. Miranda | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: K Cleaning Services
Across Guam Fire Dept., Marine Corp. Drive, Yigo, Guam 96929

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/11/05
                Date

*Signature of Server*

Law Office of Robert L. Keogh
251 Martyr Street
C & A Professional Bldg., Suite 105, Hagatna, GU 96910
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.