AO 440 (Rev. 8/01) Summons in a Civil Action



**FILED**
DISTRICT COURT OF GUAM

# UNITED STATES DISTRICT COURT

District of GUAM

JAN 13 2005

MARY L.M. MORAN
CLERK OF COURT

MARTHA LAVARIAS and WALTER LAVARIAS,

        Plaintiffs,
V.

UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. and JOHN DOE INSURANCE CO.,

        Defendants.

**SUMMONS IN A CIVIL CASE**



CASE NUMBER: **05-00001**

TO: (Name and address of Defendant)

UNITED STATES OF AMERICA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT L. KEOGH
Law Office of Robert L. Keogh
251 Martyr Street
C & A Professional Building, Suite 105
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within __sixty (60)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK _/s/ Hernandez_

(By) DEPUTY CLERK

DATE __JAN 10 2005__

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 13, 2005 |
| NAME OF SERVER (PRINT) | TITLE |
| Amie B. Miranda | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to FRCP 4(i)(1), sent by certified mail to Office of the Attorney General, Washington, D.C.; Civil Process Clerk, Office of the U.S. Attorney, Hagatna Guam; Naval Legal Service Office, Southwest

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 13, 2005       *signature*
             Date                    Signature of Server

Law Office of Robert L. Keogh
251 Martyr St.
Suite 105, C & A Professional Bldg.

Address of Server    Hagatna, GU 96910

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.