ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 14 2005

MARY L.M. MORAN
CLERK OF COURT



# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES, and JOHN DOE INSURANCE COMPANY,<br><br>　　　　Defendants. | CIVIL CASE NO. 05-00001<br><br>ANSWER OF THE UNITED STATES |

　　THE UNITED STATES, Defendant herein, submits its answer to the Complaint as follows:

　　1.　　Information is in sole possession of the Plaintiffs. To the extend an answer is necessary, **DENIES**.

　　2.　　This Paragraph sets forth jurisdictional allegations to which no response is required. To the extent this paragraph is deemed to contain allegations of material fact, they are **DENIED**.

3. Information is in sole possession of the Plaintiffs. To the extend an answer is necessary, **DENIES.**

4. **ADMITS.**

5. Information is in sole possession of the Plaintiffs. To the extend an answer is necessary, **DENIES.**

6. **ADMITS.**

7. **ADMITS** in part, **DENIES** in part. **ADMITS** to contract with K Cleaning Services. **DENIES** as to all other allegations.

8. **DENIES.**

9. Information is in sole possession of the Plaintiffs. To the extend an answer is necessary, **DENIES.**

10. Information is in sole possession of the Plaintiffs. To the extend an answer is necessary, **DENIES.**

11. Paragraph 11 is a legal conclusion and does not require a response. To the extent a response is necessary: **DENIES.**

12. **DENIES.**

13. **DENIES** proximate cause and has no knowledge, at this time, of the specifics of Plaintiff's injuries.

14. **ADMITS.**

15. **ADMITS.**

16. Defendant re-alleges its responses to paragraphs 1- 15 of plaintiff's complaint herein.

17. Defendant is without sufficient information to admit or deny the allegations of this paragraph. Said allegations are therefore **DENIED**. **DENIES** proximate result, is without specific knowledge of injury.

18. **DENIES** proximate cause, is without specific knowledge of expenses, therefore **DENIED**.

19. Defendant re-alleges its responses to paragraph 1-18 of Plaintiff's complaint herein.

20. **DENIES**.

21. Defendant re-alleges its responses to paragraphs 1-20 of plaintiff's complaint herein.

22. Information is in sole possession of the Plaintiffs. To the extend an answer

-3-

is necessary, **DENIES.**

23. Information is in sole possession of the Plaintiffs. To the extend an answer is necessary, **DENIES.**

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Pursuant to 28 U.S.C. § 2675, Plaintiffs are prohibited from claiming or recovering an amount against the United States in excess of that which was set forth in a claim presented to the federal agency to whom was claim made.

### SECOND AFFIRMATIVE DEFENSE

Pursuant to 28 U.S.C. § 2674, Plaintiff is proscribed from recovering any amount for prejudgment interest against the United States of America.

### THIRD AFFIRMATIVE DEFENSE

Under 28 U.S.C. §2412(d)(1)(A), Plaintiff cannot recover attorney's fees from the United States of America.

### FOURTH AFFIRMATIVE DEFENSE

Defendant denies that it owed Plaintiffs any duty under law; that any of its agents or employees were negligent and/or breached any standard of care due the Plaintiffs and/or engaged in any conduct which was the proximate cause of the injuries, damages and losses allegedly incurred by Plaintiffs.

-4-

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs claim is diminished or completely barred by Guam law regarding comparative/contributory negligence.

## SIXTH AFFIRMATIVE DEFENSE

Defendant reserves the right to amend its Answer with additional defenses of which it may become aware as discovery progresses and to raise any other matter constituting an avoidance or affirmative defense.

**WHEREFORE,** having fully answered all counts of the Complaint, Defendant, United States of America, prays that Plaintiffs take nothing by way of their Complaint against it, that the same be dismissed, and that judgment be awarded in favor of the Defendant, United States of America, together with costs and such other and further relief as the Court deems appropriate in this case.

RESPECTFULLY, submitted this 14th day of March 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that a copy of the "Answer of the United States", in Civil Case No. 05-00001, <u>Martha Lavarias and Walter Lavarias v. United States of America, Dubidato SM Conlu, Jr. dba K Cleaning Services, and John Doe Insurance Company</u>, was served by personal service to the following attorney of record:

Robert L. Keogh.
Law Office of Robert L. Keogh
P.O. Box GZ
Hagatna, Guam 96932

Dated: March 14, 2005

*Frances B Leon Guerrero*
FRANCES B. LEON-GUERRERO
Legal Assistant