DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CIVIL MINUTES - GENERAL**

**FILED**
DISTRICT COURT OF GUAM
APR 11 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-05-00001**        **DATE: 04/08/2005**        **TIME: 10:34**

**CAPTION: Martha Lavarias & Walter Lavarias -vs- United States of America, Dubidato SM Conlu, Jr., dba K Cleaning Services and John Doe Insurance Company**

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding      Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                                          Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:34:08 - 10:43:00                 CSO: N. Edrosa

********************** APPEARANCES **********************

**COUNSEL FOR PLAINTIFF(s):**                **COUNSEL FOR DEFENDANT(s):**

ROBERT KEOGH                                  MIKEL SCHWAB - U.S.A.

                                              JEHAN'AD MARTINEZ - Dubidato SM Conlu, Jr.

***

**PROCEEDINGS:        SCHEDULING CONFERENCE**

( ) MOTION ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn ___Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court reviewed the proposed scheduling order with the following revisions:

- Dispositive Motion Cut-off is March 15, 2006; to be heard on April 12, 2006 at 10:00 a.m.
- Preliminary Pretrial Conference is set for May 1, 2006 at 10:00 a.m.
- Final Pretrial Conference is set for May 15, 2006 at 10:00 a.m.
- All depositions shall be completed by March 15, 2006
- Trial is set for May 22, 2006 at 9:00 a.m.

Parties had no objections to the dates set by the Court. The Court executed the Scheduling Order and Discovery Plan.

Courtroom Deputy: _____