KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for    *Defendant Dubidato S.M. Conlu, Jr.*
               *dba K Cleaning Services*



FILED
DISTRICT COURT OF GUAM
APR 12 2005
MARY L.M. MORAN
CLERK OF COURT



## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS,<br><br>    Plaintiffs,<br><br>UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES and JOHN DOE INSURANCE COMPANY,<br><br>    Defendants. | CIVIL CASE NO. CV05-00001<br><br>**SCHEDULING ORDER AND DISCOVERY PLAN** |

### SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 16 and 26(f), and Local Rule of Practice 16.1, the parties hereby submit the following proposed Joint Scheduling Order.

    1.    <u>Nature of the Case</u>. This is a personal injury action in which the Plaintiffs contend that Martha Lavarius slipped and fell on premises owned by the Defendant United States of America as a result of the negligence of all Defendants.

    2.    <u>Status of the Case</u>.

        (a)    The following motions are on file: None.

        (b)    The following motions have been resolved: None.

      (c)    The following discovery has been initiated: None.

3. <u>Motions to Amend</u>. All motions to amend the pleadings, including the addition of parties, shall be filed on or before August 19, 2005.

4. <u>Status of Discovery</u>. The Discovery Plan attached hereto is adopted and incorporated as part of the Scheduling Order.

5. <u>Discovery Cutoff</u>. The discovery cutoff date (defined as the last date to file responses to discovery) shall be January 27, 2006

6. <u>Motions</u>.

    (a) The anticipated discovery motions are: Unknown at this time.

    All discovery motions shall be filed on or before February 3, 2006 and heard on or before March 3, 2006, at 10:30 am

    (b) The anticipated dispositive motions are: Unknown at this time.

    All dispositive motions shall be filed on or before March 15, 2006 and heard on or before April 28, 2006, at 10:00 am

7. <u>Settlement</u>. The prospects for settlement are unknown at this time.

8. <u>Preliminary Pretrial Conference</u>. The preliminary pretrial conference shall be held on May 1, 2006, at 10:00 am

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

9. <u>Pretrial Filings</u>. The parties' pretrial materials, discovery materials, witness lists, exhibit lists, and designation of discovery responses shall be filed on or before May 8, 2006.

10. <u>Pretrial Order</u>. The proposed pretrial order shall be filed on or before May 15, 2006.

11. <u>Final Pretrial Conference</u>. The final pretrial conference shall be held on May 15, 2006, at 10:00 am.

12. <u>Trial</u>. The trial shall commence at 9:00 a.m. on May 22, 2006.

13. <u>Jury</u>. A jury has not been requested.

14. <u>Anticipated Trial Time</u>. It is anticipated that it will take approximately 7 to 10 days to try this case.

15. <u>Identity of Counsel</u>. The counsel involved in this case are: For Plaintiffs: Robert L. Keogh, Esq.; for Defendant Dubidato S.M. Conlu, Jr. dba K Cleaning Services: The law offices of Klemm, Blair, Sterling & Johnson, a Professional Corporation, by Thomas C. Sterling, Esq; for United States of America, Office of the United States Attorney by Michael Schwab, Esq.

16. <u>Prospects for Settlement</u>. Prospects for settlement are unknown at the present time and the parties are prepared to submit this case to a settlement conference.

17. <u>Suggestions for Shortening Trial</u>. No suggestions for shortening trial are presented at this time although that issue will be pursued further at the time of the Pretrial Order.

**DISCOVERY PLAN**

1. <u>Initial Disclosures</u>. Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be provided on or before April 15, 2005.

2. <u>Depositions</u>. The depositions of lay witnesses can commence at once and shall be taken as needed. The parties shall cooperate in good faith in connection with the scheduling of depositions.

3. <u>Written Discovery</u>. Unless additional discovery is ordered by the Court, the parties may serve two sets of Interrogatories not to exceed 25 interrogatories, two sets of Requests for Production not to exceed 25 Requests and one set of Requests for Admissions not to exceed 25 Requests. Unless a shorter time is agreed to, all written discovery shall be served by a date sufficient to afford the responding party the full response time permitted by the Rules prior to the discovery cutoff date as set forth in the Scheduling Order.

4. <u>Expert Discovery</u>.

    (a) The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than January 6, 2006.

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

(b) Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made not later than ~~March 3, 2006.~~ February 24, 2006

(c) The depositions of experts may be scheduled at any time at least ~~10~~ *5* days subsequent to the submission of rebuttal reports and the depositions of said experts shall be completed no later than ~~April 7, 2006.~~ March 15, 2006

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: MARCH 25, 2005     BY: _____
THOMAS C. STERLING
*Attorneys for Defendant Dubidato S.M. Conlu, Jr. dba K Cleaning Services*

LEONARDO M. RAPADAS
UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY

DATED: MARCH 25, 2005     BY: _____
MIKEL W. SCHWAB,
ASSISTANT U.S. ATTORNEY
*Attorneys for Defendant United States of America*

LAW OFFICE OF ROBERT L. KEOGH

DATED: MARCH 25, 2005     BY: _____
ROBERT L. KEOGH
*Attorneys for Plaintiffs Martha Lavarias and Walter Lavarias*

ORDER

SO ORDERED this 8th day of April, 2005.

BY: _____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM

RECEIVED MAR 25 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM