DISTRICT COURT OF GUAM

TERRITORY OF GUAM

MARTHA LAVARIAS and
WALTER LAVARIAS,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,
DUBIDATO S.M. CONLU, JR. dba
K CLEANING SERVICES, and
JOHN DOE INSURANCE COMPANY,

    Defendants.

Civil Case No. 05-00001

ORDER

    Due to the scheduling needs of the Court, the preliminary pretrial conference, originally set for May 1, 2006, is hereby moved to Wednesday, May 3, 2006, at 10:00 a.m.

    SO ORDERED this 1st day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**