# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

|  |  |
|---|---|
| Martha Lavarias, et al., | |
| Plaintiffs, | Case No. 1:05-cv-00001 |
| vs. | |
| USA, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the Order filed May 1, 2006, on the dates indicated below:

| Office of the U.S. Attorney | Klemm, Blair, Sterling & Johnson | Robert L. Keogh |
|---|---|---|
| May 2, 2006 | May 2, 2006 | May 2, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order Setting Hearing filed May 1, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 2, 2006                                    /s/ Virginia T. Kilgore
                                                                      Deputy Clerk