FILED
DISTRICT COURT OF GUAM
MAY -3 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS and WALTER LAVARIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DUBIDATO S.M. CONLU, JR. d.b.a. K CLEANING SERVICES, and JOHN DOE INSURANCE COMPANY,<br><br>Defendants. | Civil Case No. 05-00001<br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE  (✓) PRELIMINARY PRETRIAL CONFERENCE
(May 3, 2006, at 10:10 a.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Attorney Robert Keogh appeared on behalf of the Plaintiffs. Appearing on behalf of defendant United States of America was Assistant U.S. Attorney Mikel Schwab, and Attorney Vincent Leon Guerrero appeared for defendant Dubidato Conlu, Jr. d.b.a. K Cleaning Services.

Judge Manibusan reminded counsel that the trial was scheduled to commence on May 22, 2006. Counsel advised the Court, however, that discovery had not been completed yet. Counsel discussed the scheduling of the depositions of the plaintiff, doctors, the store manager, and the store clerk. The parties agreed to submit a proposed amended scheduling order and discovery plan no later than May 23, 2006.

Mr. Keogh inquired about the availability of the Court to schedule a settlement

conference at the completion of discovery. Judge Manibusan advised counsel that the parties are free to request a settlement conference whenever they believe they are ready to have one.

The Preliminary Pretrial Conference concluded at 10:42 a.m.

Dated: May 3, 2006.

_____
JUDITH P. HATTORI
Law Clerk