FILED
DISTRICT COURT OF GUAM
MAY -3 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS and WALTER LAVARIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DUBIDATO S.M. CONLU, JR. dba K CLEANING SERVICES, and JOHN DOE INSURANCE COMPANY,<br><br>Defendants. | Civil Case No. 05-00001<br><br><br><br><br>ORDER |

Based upon the representation of counsel at the preliminary pretrial conference held on May 3, 2006, the Court finds good cause to vacate the trial, presently scheduled to commence on May 22, 2006, and all associated pretrial dates and deadlines. The parties shall submit an amended scheduling order and discovery plan no later than May 23, 2006.

SO ORDERED this 3rd day of May 2006.

/s/ JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL