# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Martha Lavarias, et al., | Case No. 1:05-cv-00001 |
| Plaintiffs, | |
| vs. | |
| USA, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the Order filed May 3, 2006, on the dates indicated below:

| Blair Sterling Johnson Moody Martinez and Leon Guerrero, P.C. | Law Offices of Robert L. Keogh | Office of the United States Attorney |
|---|---|---|
| May 8, 2006 | May 4, 2006 | May 4, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order filed May 3, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 8, 2006                     /s/ Renee M. Martinez
                                              Deputy Clerk