
LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES and JOHN DOE INSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00001<br><br>NOTICE OF DEPOSITION; CERTIFICATE OF SERVICE<br><br>Date: June 7, 2006<br>Time: 3:00 p.m. |

**PLEASE TAKE NOTICE** that on **June 7, 2006** at **3:00 p.m.** at the Law Office of Robert L. Keogh, 251 Martyr Street, Suite 105, C & A Professional Building, Hagatña, Guam, plaintiffs will be taking the deposition of **PABLO HAMPIT** upon oral examination pursuant to Guam Rules of Civil Procedure, before a notary public or an officer authorized by law to administer oaths.

You are invited to attend and cross-examine.

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 5/23/06        By: _____
                          ROBERT L. KEOGH

ORIGINAL

NOTICE OF DEPOSITION;
CERTIFICATE OF SERVICE
Civil Case CIV05-00001
Lavarias v. USA, et. al.
Page 2

I, Robert L. Keogh, hereby certify that on the 23rd day of May, 2006, I caused to be served via hand delivery, a true and correct copy of this NOTICE OF DEPOSITION; CERTIFICATE OF SERVICE upon the following offices as set forth below:

US ATTORNEY'S OFFICE
108 Hernan Cortez St.
Suite 500, Sirena Plaza
Hagatña, Guam 96910

Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatña, Guam 96910

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 5/23/06     By: /s/ Robert L. Keogh
                      ROBERT L. KEOGH