LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES and JOHN DOE INSURANCE COMPANY,<br><br>    Defendants. | CIVIL CASE NO. CIV05-00001<br><br>NOTICE OF DEPOSITION; CERTIFICATE OF SERVICE<br><br>Date: June 7, 2006<br>Time: 1:30 p.m. |

**PLEASE TAKE NOTICE** that on **June 7, 2006** at **1:30 p.m.** at the Law Office of Robert L. Keogh, 251 Martyr Street, Suite 105, C & A Professional Building, Hagatña, Guam, plaintiffs will be taking the deposition of defendant **DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES** upon oral examination pursuant to Guam Rules of Civil Procedure, before a notary public or an officer authorized by law to administer oaths.

**K CLEANING SERVICES** shall designate one or more officers, agents, employees or other persons who will knowledgeably testify about the following:

1. Any and all information pertaining to the contract of the United States of America with K Cleaning Services for cleaning and maintaining the Orote Point Commissary.

ORIGINAL

NOTICE OF DEPOSITION;
CERTIFICATE OF SERVICE
Civil Case CIV05-00001
Lavarias v. USA, et. al.
Page 2

2. Any and all information pertaining to the incident subject of this action.

3. Any and all information pertaining to personal information such as social security numbers, dates of birth and the present whereabouts any and all employees of K Cleaning Services at the time of the incident subject of this action.

You are invited to attend and cross-examine.

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 5/23/06          By: /s/ Robert L. Keogh
                           ROBERT L. KEOGH

NOTICE OF DEPOSITION;
CERTIFICATE OF SERVICE
Civil Case CIV05-00001
Lavarias v. USA, et. al.
Page 2

    I, Robert L. Keogh, hereby certify that on the 23rd day of May, 2006, I caused to be served via hand delivery, a true and correct copy of this NOTICE OF DEPOSITION; CERTIFICATE OF SERVICE upon the following offices as set forth below:

    US ATTORNEY'S OFFICE
108 Hernan Cortez St.
Suite 500, Sirena Plaza
Hagatña, Guam 96910

    Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatña, Guam 96910

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 5/23/06

By: _____
ROBERT L. KEOGH