LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF GUAM

MARTHA LAVARIAS, and WALTER
LAVARIAS,

        Plaintiffs,

   vs.

UNITED STATES OF AMERICA,
DUBIDATO SM CONLU, JR. dba K
CLEANING SERVICES and JOHN DOE
INSURANCE COMPANY,

        Defendants.

CIVIL CASE NO. CIV05-00001

DECLARATION OF
ROBERT L. KEOGH

I, ROBERT L. KEOGH, hereby declare as follows.

1.  I am counsel for plaintiffs in this action, I am over 18
years of age, am competent to testify about the matters set forth
herein and have personal knowledge of the matters testified about
unless stated otherwise herein.

2.  On May 3, 2006, I attended a preliminary pre-trial
conference in this matter.  Prior to attending the conference, on
April 27, 2006, I circulated a letter and proposed draft Stipulated
Request to Extend all Dates.  A true and correct copy of the letter
and draft Stipulation is attached hereto and marked as Exhibit "A."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3.    No response was ever received to my April 27, 2006 letter or proposed Stipulation.  At the preliminary pre-trial conference the Court advised the parties that they would have until May 23, 2006 to submit a proposed amended Scheduling Order.   This requirement was reduced to an Order filed herein on May 3, 2006.

4.    following the May 3, 2006 preliminary pre-trial conference, all counsel met in a conference room of the court and discussed a process for conducting depositions over the next few months.  Counsel agreed to cooperate in identifying and locating witnesses to be deposed.

5.    Attached hereto and marked as Exhibit "B" is a true and correct copy of a letter dated May 11, 2006, which I wrote to defense counsel pertaining to identifying witnesses and scheduling depositions.  No response to this letter has been received.

6.    Attached hereto and marked as Exhibit "C" is a true and correct copy of a letter dated May 16, 2006, which I wrote to defense counsel pertaining to identifying witnesses, scheduling depositions and filing an Amended Scheduling Order by May 23, 2006. No response to this letter has been received.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7.   Attached hereto and marked as Exhibit "D" is a true and correct copy of a letter dated May 19, 2006, which I wrote to defense counsel pertaining to scheduling depositions and filing an Amended Scheduling Order by May 23, 2006.   No response to this letter pertaining to an Amended Scheduling Order has been received.

8.   Attached hereto and marked as Exhibit "E" is a true and correct copy of a facsimile dated May 22, 2006, from counsel for defendant Conlu which was received by my office on said date pertaining to the availability of only two witnesses identified. No response has been received pertaining to an Amended Scheduling Order.

9.   Attached hereto and marked as Exhibit "F" is a true and correct copy of a letter dated May 23, 2006, which I wrote to defense counsel setting a Local Rule 37.1 meeting of counsel to meet to resolve a discovery dispute in this matter.

10.   I am unable to present or file a proposed Amended Scheduling Order due to lack of cooperation from counsel for defendants in this matter.

/ /

/

11.  I declare under penalty of perjury under the laws of Guam (6 G.C.A. §4308) that the foregoing is true and correct.


Date: _5/23/06_                    _____
                                        ROBERT L. KEOGH

# EXHIBIT "A"

_4/27/06 ncm_

LAW OFFICE OF
# ROBERT L. KEOGH
SUITE 105, C& A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGATÑA, GUAM 96910
TELEPHONE (671) 472-6895 • FACSIMILE (671) 472-6929
email address: rlk@netpci.com

April 27, 2006

**VIA FACSIMILE ONLY**
**472-4290**
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatña, Guam 96910

**VIA FACSIMILE AND PERSONAL DELIVERY**
**472-7215**
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

> **RE: Lavarias v. United States, et al.**
> **District Court of Guam**
> **Civil Case NO. 05-00001**

Dear Vince and Mikel:

The District Court Clerk's office has advised me that an extension of the dates of our Scheduling Order is likely to be approved since there is no full time judge assigned to hear this case at present. The Stipulation will have to set forth the reasons for the extension and new proposed dates.

Enclosed is a copy of a draft Stipulation for your consideration. We need to come to some agreement on the dates to incorporate. Please let me know your preferences on proposed dates as soon as possible so I can finalize the Stipulation and submit it to the Court.

Further on this matter, I would like to know when I will receive responses to the discovery requests served upon the United States on October 31, 2005. It is the delay in receiving these responses that is holding up this case.

I would also like to know if anyone is intending to take the depositions of the plaintiffs in this matter this summer. I have west coast travel planned for June and early July and would prefer to have any such depositions take place at that time.

One final thought. Is there any interest in agreeing to have Magistrate Judge Manibusan preside over this case? We would all have to be in agreement on this for it to happen. Please let me know your thoughts.

I look forward to receiving your respective replies to this inquiry.

Sincerely,

ROBERT L. KEOGH

RLK/tbm
Enclosure

**DRAFT**

LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

### IN THE DISTRICT COURT OF GUAM

MARTHA LAVARIAS, and WALTER
LAVARIAS,

        Plaintiffs,

    vs.

UNITED STATES OF AMERICA,
DUBIDATO SM CONLU, JR. dba K
CLEANING SERVICES and JOHN DOE
INSURANCE COMPANY,

        Defendants.

CIVIL CASE NO. CIV05-00001

STIPULATED REQUEST
TO EXTEND ALL DATES

    The parties herein, by and through their respective undersigned counsel, hereby request an extension all dates in this matter. Although the parties have made their respective initial disclosures, and preliminary written discovery requests have been exchanged between plaintiffs and defendant Conlu, further discovery is needed to be completed. Plaintiffs submitted a Request For Production of Documents on defendant United States on October 31, 2005 and to date no response has been served. The United States Attorney's Office advises that the federal agencies involved are not coordinating production of documents in a timely manner. So far, no depositions have been taken. Plaintiffs live in California and the parties would like to take their depositions this summer.



In addition, treating physicians and other witnesses may have to be deposed. Additional time is needed to complete all of these discovery needs.

The parties respectfully request the extension of the following:

1. The discovery cutoff date (defined as the last date to file responses to discovery) shall be moved from January 27, 2006 to _____.

2. All discovery motions shall be filed on or before _____ (extended from February 3, 2006) and heard on or before _____ (extended from March 3, 2006).

3. All dispositive motions shall be filed on or before _____ (extended from April 7, 2006) and heard on or before _____ (extended from April 28, 2006).

4. The preliminary pre-trial conference shall be moved from May 1, 2006 to _____.

5. The parties' pretrial materials, discovery materials, witness lists, exhibit lists, and designation of discovery



responses shall be filed on or before _____ (extended from May 8, 2006).

6.   The proposed pretrial order shall be filed on or before _____ (extended from May 15, 2006).

7.   The final pretrial conference shall be held on _____ (extended from May 15, 2006).

8.   The trial shall commence at _____ on _____ (extended from 9:00 a.m. on May 22, 2006).

9.   The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than _____ (extended from January 6, 2005).

Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made not later than _____ (extended from March 3, 2006).

The depositions of experts may be scheduled at any time at least 14 days subsequent to the submission of rebuttal reports and the depositions of said experts shall be completed no later than _____ (extended from April 7, 2006).

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DRAFT

DATE: _____        By: _____
                                            ROBERT L. KEOGH


BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO
Attorneys for Defendant Dubidato
S.M. Conlu, Jr. dba K Cleaning
Services

DRAFT

DATE: _____        By: _____
                                            THOMAS C. STERLING


OFFICE OF THE U.S. ATTORNEY
Attorneys for Defendant
United States of America

DRAFT

DATE: _____        By: _____
                                            MIKEL W. SCHWAB


ORDER

SO ORDERED this _____ day of _____, 2006.

DRAFT

_____
HONORABLE _____
DESIGNATED JUDGE,
DISTRICT COURT OF GUAM

# Transmission Report

Date/Time            4-27-06;10:11AM
Local ID               6714726929
Local Name       KEOGH LAW OFFICE
Company Logo     KEOGH LAW OFFICE

This document was confirmed.
   (reduced sample and details below)
Document Size  Letter-S

LAW OFFICE OF
**ROBERT L. KEOGH**
SUITE 105, C&A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 472-5895 • FACSIMILE (671) 472-6929
email address: rlk@netpci.com

April 27, 2006

**VIA FACSIMILE ONLY**
472-4290
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**VIA FACSIMILE AND PERSONAL DELIVERY**
472-7215
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortes Avenue
Hagåtña, Guam 96910

        RE: **Lavaria v. United States, et al.**
            **District Court of Guam**
            **Civil Case NO. 05-00001**

Dear Vince and Mikel:

     The District Court Clerk's office has advised me that an extension of the dates of our Scheduling Order is likely to be approved since there is no full time judge assigned to hear this case at present. The Stipulation will have to set forth the reasons for the extension and new proposed dates.

     Enclosed is a copy of a draft Stipulation for your consideration. We need to come to some agreement on the dates to incorporate. Please let me know your preferences on proposed dates as soon as possible so I can finalize the Stipulation and submit it to the Court.

     Further on this matter, I would like to know when I will receive responses to the discovery requests served upon the United States on October 31, 2005. It is the delay in receiving these responses that is holding up this case.

Total Pages Scanned  :  6   Total Pages Confirmed :  6

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 263 | 4724290 | 4-27-06;10:09AM | 2'16" | 6/ 6 | EC | | CP 14.4 |

Notes :
EC: Error Correct       RE: Resend            PD: Polled by Remote     MB: Receive to Mailbox
BC: Broadcast Send    MP: Multi-Poll       PG: Polling a Remote     PI: Power Interruption
CP: Completed        RM: Receive to Memory   DR: Document Removed    TM: Terminated by user
HS: Host Scan         HP: Host Print        FO: Forced Output        WT: Waiting Transfer
HF: Host Fax          HR: Host Receive      FM: Forward Mailbox Doc. WS: Waiting Send

Date/Time       4-27-06;10:13AM
Local ID       6714726929
Local Name       KEOGH LAW OFFICE
Company Logo       KEOGH LAW OFFICE

```
This document was confirmed.
    (reduced sample and details below)
Document Size   Letter-S
```

LAW OFFICE OF
**ROBERT L. KEOGH**
SUITE 105, CA A PROFESSIONAL BUILDING
151 MARTYR STREET
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 472-6895 • FACSIMILE (671) 472-6929
email address: rlk@netpci.com

April 27, 2006

**VIA FACSIMILE ONLY**
472-4290
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**VIA FACSIMILE AND PERSONAL DELIVERY**
472-7215
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortes Avenue
Hagåtña, Guam 96910

     RE: **Lavarias v. United States, et al.**
        **District Court of Guam**
        **Civil Case NO. 05-00001**

Dear Vince and Mikel:

     The District Court Clerk's office has advised me that an extension of the dates of our Scheduling Order is likely to be approved since there is no full time judge assigned to hear this case at present. The Stipulation will have to set forth the reasons for the extension and new proposed dates.

     Enclosed is a copy of a draft Stipulation for your consideration. We need to come to some agreement on the dates to incorporate. Please let me know your preferences on proposed dates as soon as possible so I can finalize the Stipulation and submit it to the Court.

     Further on this matter, I would like to know when I will receive responses to the discovery requests served upon the United States on October 31, 2005. It is the delay in receiving these responses that is holding up this case.

Total Pages Scanned : 6  Total Pages Confirmed : 6

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 285 | 4727215 | 4-27-06;10:11AM | 1'45" | 6/ 6 | EC | | CP 28.8 |

Notes :
EC: Error Correct    RE: Resend    PD: Polled by Remote    MB: Receive to Mailbox
BC: Broadcast Send    MP: Multi-Poll    PG: Polling a Remote    PI: Power Interruption
CP: Completed    RM: Receive to Memory    DR: Document Removed    TM: Terminated by user
HS: Host Scan    HP: Host Print    FO: Forced Output    WT: Waiting Transfer
HF: Host Fax    HR: Host Receive    FM: Forward Mailbox Doc.    WS: Waiting Send

# EXHIBIT "B"

LAW OFFICE OF
# ROBERT L. KEOGH
SUITE 105, C& A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGATÑA, GUAM 96910
TELEPHONE (671) 472-6895 • FACSIMILE (671) 472-6929
email address: rlk@netpci.com

May 11, 2006

**VIA FACSIMILE ONLY**
**472-4290**
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatña, Guam 96910

**VIA FACSIMILE**
**472-7215**
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

> RE: Lavarias v. United States, et al.
> District Court of Guam
> Civil Case NO. 05-00001

Dear Vince and Mikel:

   Mrs. Lavarias and I will be available for a deposition in southern California (San Diego or LA) from June 20 through June 24. My understanding is that Vince was going to give us a list of treating Navy doctors that he wanted to depose and Mikel was going to attempt to locate their present whereabouts. Please let me know if we are still on track with this. I would like to locate Dr. Christopher S. Walthour, LCDR MC USNR #9481.

   I would also like to schedule the depositions of various witnesses within the next few weeks. From the Navy, I would like to depose Rose Castro and Remedio Springsteen. It would be appreciated if Mikel could let me know the availability of these witnesses.

   From K Cleaning Service, I would like to depose Dubel Conlu, Jr., Ernesto Delos Reyes, Joseph Duenas, Maria Guzman, Pablo

Hampit, William Hampit and Ricardo J. Perez. It would be appreciated if Vince could let me know if these witnesses are still employees of K Cleaning Service and if they can be made available for depositions. If they are no longer employees it would be appreciated if Vince could let me know a last known address.

One final point, in discovery responses K Cleaning Service produced a 12 February 2004 fax cover page from K Cleaning Service to Lt. David Jayne stating that it included 4 pages and that inspection reports were enclosed. The fax provided to me did not contain the inspection reports. Please let me know, Vince, if you will produce the reports without the necessity of a discovery motion.

I look forward to hearing from you further on these matters.

Sincerely,

ROBERT L. KEOGH

RLK/tbm

Date/Time                                        5-11-06; 3:24PM
Local ID                                              6714726929
Local Name                                    KEOGH LAW OFFICE
Company Logo                                  KEOGH LAW OFFICE

# This document was confirmed.
## (reduced sample and details below)
## Document Size Letter-S

LAW OFFICE OF
**ROBERT L. KEOGH**
SUITE 105, C&A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-6895 • FACSIMILE: (671) 472-6929
email address: rlk@teleguam.net

May 11, 2006

VIA FACSIMILE ONLY
472-4290
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

VIA FACSIMILE
472-7215
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

RE:  Lavarias v. United States, et al.
     District Court of Guam
     Civil Case NO. 05-00001

Dear Vince and Mikel:

Mrs. Lavarias and I will be available for a deposition in
southern California (San Diego or LA) from June 20 through June 24.
My understanding is that Vince was going to give us a list of
treating Navy doctors that he wanted to depose and Mikel was going
to attempt to locate their present whereabouts. Please let me know
if we are still on track with this. I would like to locate Dr.
Christopher S. Walthour, LCDR MC USNR #9481.

I would also like to schedule the depositions of various
witnesses within the next few weeks. From the Navy, I would like
to depose Rose Castro and Remedio Springsteen. It would be
appreciated if Mikel could let me know the availability of these
witnesses.

From K Cleaning Service, I would like to depose Dubel Conlu,
Jr., Ernesto Delos Reyes, Joseph Duenas, Maria Guzman, Pablo

Total Pages Scanned : 2   Total Pages Confirmed : 2

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 448 | 4724290 | 5-11-06; 3:23PM | 53" | 2/ 2 | EC | | CP 14.4 |

Notes :
EC: Error Correct          RE: Resend              PD: Polled by Remote      MB: Receive to Mailbox
BC: Broadcast Send         MP: Multi-Poll          PG: Polling a Remote      PI: Power Interruption
CP: Completed              RM: Receive to Memory   DR: Document Removed      TM: Terminated by user
HS: Host Scan              HP: Host Print          FO: Forced Output         WT: Waiting Transfer
HF: Host Fax               HR: Host Receive        FM: Forward Mailbox Doc.  WS: Waiting Send

Date/Time
Local ID
Local Name
Company Logo

5-11-06; 3:25PM
6714726929
KEOGH LAW OFFICE
KEOGH LAW OFFICE

# This document was confirmed.
## (reduced sample and details below)
## Document Size    Letter-S

LAW OFFICE OF
**ROBERT L. KEOGH**
SUITE 105, C& A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 472-6895 • FACSIMILE (671) 472-6929
email address: rlk@guam2.com

May 11, 2006

**VIA FACSIMILE ONLY**
472-6290
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**VIA FACSIMILE**
472-7215
Mikel M. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

RE: Lavarias v. United States, et al.
District Court of Guam
Civil Case No. 05-00001

Dear Vince and Mikel:

Mrs. Lavarias and I will be available for a deposition in
southern California (San Diego or LA) from June 20 through June 24.
My understanding is that Vince was going to give us a list of
treating Navy doctors that he wanted to depose and Mikel was going
to attempt to locate their present whereabouts. Please let me know
if we are still on track with this. I would like to locate Dr.
Christopher S. Walthour, LCDR MC USNR #9481.

I would also like to schedule the depositions of various
witnesses within the next few weeks. From the Navy, I would like
to depose Rose Castro and Remedio Springsteen. It would be
appreciated if Mikel could let me know the availability of these
witnesses.

From X Cleaning Service, I would like to depose Dubel Conlu,
Jr., Ernesto Delos Reyes, Joseph Duenas, Maria Guzman, Pablo

Total Pages Scanned : 2    Total Pages Confirmed : 2

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 450 | 4727215 | 5-11-06; 3:25PM | 45" | 2/ 2 | EC | | CP 28.8 |

Notes :
EC: Error Correct
BC: Broadcast Send
HS: Host Scan
HF: Host Fax

RE: Resend
MP: Multi-Poll
RM: Receive to Memory
HP: Host Print
HR: Host Receive

PD: Polled by Remote
PG: Polling a Remote
DR: Document Removed
FO: Forced Output
FM: Forward Mailbox Doc.

MB: Receive to Mailbox
PI: Power Interruption
TM: Terminated by user
WT: Waiting Transfer
WS: Waiting Send

# EXHIBIT "C"

LAW OFFICE OF

# ROBERT L. KEOGH

SUITE 105, C& A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGATÑA, GUAM 96910
TELEPHONE (671) 472-6895 • FACSIMILE (671) 472-6929
email address: rlk@netpci.com

May 16, 2006

**VIA FACSIMILE ONLY**
**472-4290**
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatña, Guam 96910

5/16/06 4:21 pm B

**VIA FACSIMILE**
**472-7215**
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

5/16/06 4:22 pm ff

              RE:  **Lavarias v. United States, et al.**
                   **District Court of Guam**
                   **Civil Case NO. 05-00001**

Dear Vince and Mikel:

     Since I have not received a response to my inquiries I will
proceed with noticing the depositions of the witnesses mentioned in
my May 11, 2006 letter.  If you agree to produce the witnesses I
would prefer to know that now rather than later since I will be
hiring a process server to serve subpoenas, the expense of which
will ultimately be taxed as a cost at the end of this case if
plaintiffs prevail.

     I also need to know if Vince will produce the inspection
reports mentioned in my May 11 letter without having to proceed
with compelling discovery.  Please let me know by noon Friday, May
19, 2006 or I will proceed with a Local Rule 37.1 notice.

Finally, I would like to inquire once again if Mikel has located Dr. Walthour and if he can be made available for deposition in person or by video conference. I also have not seen any list by Vince of doctors he wishes to depose. Where do we stand with this?

We are required to file an amended Scheduling Order and Discovery Plan by May 23, which is only a week away. Please let me hear from you.

Sincerely,

ROBERT L. KEOGH

RLK/tbm

```
Transmission Report
```

|  | |
|---|---|
| Date/Time | 5-16-06; 4:24PM |
| Local ID | 6714726929 |
| Local Name | KEOGH LAW OFFICE |
| Company Logo | KEOGH LAW OFFICE |

# This document was confirmed.
## (reduced sample and details below)
## Document Size  Letter-S

LAW OFFICES OF
**ROBERT L. KEOGH**
SUITE 105, C&A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-6895 • FACSIMILE (671) 472-6929
email address: rlk@netpci.com

May 16, 2006

**VIA FACSIMILE ONLY**
**472-4290**
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**VIA FACSIMILE**
**472-7215**
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

       **RE: Lavarias v. United States, et al.**
       **District Court of Guam**
       **Civil Case NO. 05-00001**

Dear Vince and Mikel:

    Since I have not received a response to my inquiries I will proceed with noticing the depositions of the witnesses mentioned in my May 11, 2006 letter. If you agree to produce the witnesses I would prefer to know that now rather than later since I will be hiring a process server to serve subpoenas, the expense of which will ultimately be taxed as a cost at the end of this case if plaintiffs prevail.

    I also need to know if Vince will produce the inspection reports mentioned in my May 11 letter without having to proceed with compelling discovery. Please let me know by noon Friday, May 19, 2006 or I will proceed with a Local Rule 37.1 notice.

Total Pages Scanned  : 2   Total Pages Confirmed : 2

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 519 | 4727215 | 5-16-06; 4:23PM | 45" | 2/  2 | EC | | CP 28.8 |

Notes :
EC: Error Correct
BC: Broadcast Send
CP: Completed
HS: Host Scan
HF: Host Fax

RE: Resend
MP: Multi-Poll
RM: Receive to Memory
HP: Host Print
HR: Host Receive

PD: Polled by Remote
PG: Polling a Remote
DR: Document Removed
FO: Forced Output
FM: Forward Mailbox Doc.

MB: Receive to Mailbox
PI: Power Interruption
TM: Terminated by user
WT: Waiting Transfer
WS: Waiting Send

# Transmission Report

| | |
|---|---|
| Date/Time | 5-16-06; 4:23PM |
| Local ID | 6714726929 |
| Local Name | KEOGH LAW OFFICE |
| Company Logo | KEOGH LAW OFFICE |

This document was confirmed.
(reduced sample and details below)
Document Size Letter-S

LAW OFFICES OF
**ROBERT L. KEOGH**
SUITE 105, C&A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 472-6895 • FACSIMILE (671) 472-6929
email address: rlk@netpci.com

May 16, 2006

**VIA FACSIMILE ONLY**
**472-4290**
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

**VIA FACSIMILE**
**472-7215**
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

> **RE:** Lavarias v. United States, et al.
> District Court of Guam
> Civil Case No. 05-00001

Dear Vince and Mikel:

Since I have not received a response to my inquiries I will proceed with noticing the depositions of the witnesses mentioned in my May 11, 2006 letter. If you agree to produce the witnesses I would prefer to know that now rather than later since I will be hiring a process server to serve subpoenas, the expense of which will ultimately be taxed as a cost at the end of this case if plaintiffs prevail.

I also need to know if Vince will produce the inspection reports mentioned in my May 11 letter without having to proceed with compelling discovery. Please let me know by noon Friday, May 19, 2006 or I will proceed with a Local Rule 37.1 notice.

Total Pages Scanned : 2   Total Pages Confirmed : 2

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|---|---|---|---|---|---|---|---|---|
| 1 | 517 | 4724290 | 5-16-06; 4:22PM | 48" | 2/ 2 | EC | | CP 14.4 |

Notes :
C: Error Correct        RE: Resend            PD: Polled by Remote     MB: Receive to Mailbox
C: Broadcast Send       MP: Multi-Poll        PG: Polling a Remote     PI: Power Interruption
P: Completed            RM: Receive to Memory DR: Document Removed      TM: Terminated by user
S: Host Scan            HP: Host Print        FO: Forced Output         WT: Waiting Transfer
F: Host Fax             HR: Host Receive      FM: Forward Mailbox Doc.  WS: Waiting Send

# EXHIBIT "D"

LAW OFFICE OF
# ROBERT L. KEOGH
SUITE 105, C& A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGATÑA, GUAM 96910
TELEPHONE (671) 472-6895 • FACSIMILE (671) 472-6929
email address: rlk@netpci.com

May 19, 2006

**VIA FACSIMILE ONLY**
**472-4290**
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatña, Guam 96910

*5/19/06 2:16 pm pg*

**VIA FACSIMILE**
**472-7215**
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

*FAXED 5/19/06 2:18pm pg*

RE:  **Lavarias v. United States, et al.**
**District Court of Guam**
**Civil Case NO. 05-00001**

Dear Vince and Mikel:

I intend to notice depositions for all day June 7, 2006. If I do not hear from you by noon, Monday May 22, I will file and serve the notices and will commence serving subpoenas.

Your silence with respect to the proposed amended Scheduling Order is baffling. If I have not heard from anyone and we have not concluded an agreement by Monday, on Tuesday I will file a Declaration with the Court attaching my letters and explaining the reasons for not filing a proposed Amended Order.

Sincerely,

ROBERT L. KEOGH

RLK/tbm

```
┌─────────────────────────────────┐
│  T r a n s m i s s i o n   R e p o r t  │
└─────────────────────────────────┘
```

Date/Time                                    5-19-06; 2:15PM
Local ID                                        6714726929
Local Name                              KEOGH LAW OFFICE
Company Logo                         KEOGH LAW OFFICE

This document was confirmed.
   (reduced sample and details below)
   Document Size   Letter-S

LAW OFFICE OF
**ROBERT L. KEOGH**
SUITE 105, C&A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGATÑA, GUAM 96910
TELEPHONE (671) 472-6895 · FACSIMILE (671) 472-6929
email address: rlk@netpci.com

May 19, 2006

**VIA FACSIMILE ONLY**
472-4290
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatña, Guam 96910

**VIA FACSIMILE**
472-7215
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

          RE:  **Lavaries v. United States, et al.**
               **District Court of Guam**
               **Civil Case NO. 05-00001**

Dear Vince and Mikel:

     I intend to notice depositions for all day June 7, 2006.  If
I do not hear from you by noon, Monday May 22, I will file and
serve the notices and will commence serving subpoenas.

     Your silence with respect to the proposed amended Scheduling
Order is baffling.  If I have not heard from anyone and we have not
concluded an agreement by Monday, on Tuesday I will file a
Declaration with the Court attaching my letters and explaining the
reasons for not filing a proposed Amended Order.

                              Sincerely,

                              ROBERT L. KEOGH

RLK/tbm

Total Pages Scanned  : 1   Total Pages Confirmed :  1

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 569 | 4727215 | 5-19-06; 2:14PM | 41" | 1/  1 | EC | | CP 14.4 |

Notes :
EC: Error Correct          RE: Resend              PD: Polled by Remote      MB: Receive to Mailbox
BC: Broadcast Send         MP: Multi-Poll          PG: Polling a Remote      PI: Power Interruption
CP: Completed              RM: Receive to Memory   DR: Document Removed      TM: Terminated by user
HS: Host Scan              HP: Host Print          FO: Forced Output         WT: Waiting Transfer
HF: Host Fax               HR: Host Receive        FM: Forward Mailbox Doc.  WS: Waiting Send

Date/Time
Local ID
Local Name
Company Logo

5-19-06; 2:17PM
6714726929
KEOGH LAW OFFICE
KEOGH LAW OFFICE

## This document was confirmed.
### (reduced sample and details below)
### Document Size   Letter-S

LAW OFFICE OF
**ROBERT L. KEOGH**
SUITE 105, GB A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGATÑA, GUAM 96910
TELEPHONE (671) 472-6895 • FACSIMILE (671) 472-4929
email address: rlk@netpci.com

May 19, 2006

**VIA FACSIMILE ONLY**
472-4290
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatña, Guam 96910

**VIA FACSIMILE**
472-7215
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

RE:  **Leverias v. United States, et al.**
     **District Court of Guam**
     **Civil Case No. 05-00001**

Dear Vince and Mikel:

I intend to notice depositions for all day June 7, 2006.  If I do not hear from you by noon, Monday May 22, I will file and serve the notices and will commence serving subpoenas.

Your silence with respect to the proposed amended Scheduling Order is baffling.  If I have not heard from anyone and we have not concluded an agreement by Monday, on Tuesday I will file a Declaration with the Court attaching my letters and explaining the reasons for not filing a proposed Amended Order.

Sincerely,

ROBERT L. KEOGH

RLK/tbm

Total Pages Scanned : 1   Total Pages Confirmed : 1

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 573 | 4724290 | 5-19-06; 2:16PM | 42" | 1/ 1 | EC | | CP 14.4 |

Notes :
EC: Error Correct
BC: Broadcast Send
CP: Completed
HS: Host Scan
HF: Host Fax

RE: Resend
MP: Multi-Poll
RM: Receive to Memory
HP: Host Print
HR: Host Receive

PD: Polled by Remote
PG: Polling a Remote
DR: Document Removed
FO: Forced Output
FM: Forward Mailbox Doc.

MB: Receive to Mailbox
PI: Power Interruption
TM: Terminated by user
WT: Waiting Transfer
WS: Waiting Send

EXHIBIT "E"

# BLAIR STERLING JOHNSON
## MOODY MARTINEZ & LEON GUERRERO
### A PROFESSIONAL CORPORATION

SUITE 1008, PACIFIC NEWS BUILDING
238 ARCHBISHOP F. C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205

TELEPHONE NUMBER: (671) 477-7857
FACSIMILE NUMBER: (671) 472-4290
E-MAIL: VLG@kbsjlaw.com

## FACSIMILE INFORMATION PAGE

PLEASE DELIVER TO:     ROBERT L. KEOGH, ESQ.
LAW OFFICE OF ROBERT L. KEOGH
SUITE 105, C&A BUILDING
251 MARTYR STREET
HAGÅTÑA, GUAM 96910

RECEIVED

FACSIMILE NUMBER:     (671) 472-6929

MAY 22 2006

FROM:     VINCENT LEON GUERRERO, ESQ.

LAW OFFICE OF
ROBERT L. KEOGH

TOTAL PAGES INCLUDING THIS PAGE:     1

RE:   *LAVARIAS V USA* DISTRICT COURT OF GUAM CIVIL CASE NO. 05-00001

TRANSMITTAL:

COMMENTS:

**Mr. Keogh:**

    This is to inform you that Messrs. Dubel Conlu, Jr., and Pablo Hampit are available on June 7, 2006. As for all the others that you would like to depose from K Cleaning, they are no longer employed with K Cleaning, we will keep you informed as soon as we are able to locate them.

Regards,
**VINCENT LEON GUERRERO**

| | | |
|---|---|---|
| SENT BY:  BMC | DATE:   MAY 22, 2006 | TIME SENT: |
| CLIENT:   DONGBU | FILE NO:   64006-22 | |

**CONFIDENTIALITY NOTICE:** The information in this facsimile is intended for the named recipients only. It may contain privileged and confidential matter. If you have received this facsimile in error, or if there is a transmission error, please notify us immediately by collect telephone call and return the original to sender by mail. We will reimburse you for postage. Do not disclose the contents to anyone. Thank you.

# EXHIBIT "F"

LAW OFFICE OF

# ROBERT L. KEOGH

SUITE 105, C& A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGATÑA, GUAM 96910
TELEPHONE (671) 472-6895 • FACSIMILE (671) 472-6929
email address: rlk@netpci.com

May 23, 2006

**VIA FACSIMILE ONLY**
**472-4290**                                    5/23/06 Clk
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatña, Guam 96910


**VIA FACSIMILE**
**472-7215**                                    5/23/06 Clk
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910


          RE:   **Lavarias v. United States, et al.**
                **District Court of Guam**
                **Civil Case NO. 05-00001**


Dear Vince and Mikel:

       I have requested Vince to produce the inspection reports
identified as accompanying the 12 February 2004 fax cover page from
K Cleaning Service to Lt. David Jayne.  I have received no response
to repeated requests for this documentation.

       Please accept this as notice pursuant to Local Rule 37.1 to
meet to resolve this discovery dispute.  The meeting is hereby set
for June 6, 2006 at 9:00 a.m. at my office.  If this time is not
acceptable please let me know, however, this dispute needs to be
resolved promptly.

Law Office of ROBERT L. KEOGH

If you would like to discuss this matter further please feel free to call me. I look forward to meeting and resolving the discovery difficulties encountered in this case.

Sincerely,

ROBERT L. KEOGH

RLK/tbm

# Broadcast Report

Date/Time          5-23-06;12:24PM
Local ID           6714726929
Local Name      KEOGH LAW OFFICE
Company Logo     KEOGH LAW OFFICE

## Document Size   Letter-S

LAW OFFICE OF
**ROBERT L. KEOGH**
SUITE 155, C&A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGATÑA, GUAM 96910
TELEPHONE (671) 472-6895 · FACSIMILE (671) 472-6929
email address: rlk@kuentos.guam.net

May 23, 2006

**VIA FACSIMILE ONLY**
**472-4290**
Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatña, Guam 96910

**VIA FACSIMILE**
**472-7215**
Mikel W. Schwab
Assistant U. S. Attorney
District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatña, Guam 96910

        RE: **Lavarias v. United States, et al.**
            **District Court of Guam**
            **Civil Case NO. 05-00001**

Dear Vince and Mikel:

     I have requested Vince to produce the inspection reports
identified as accompanying the 12 February 2004 fax cover page from
K Cleaning Service to Lt. David Jayne. I have received no response
to repeated requests for this documentation.

     Please accept this as notice pursuant to Local Rule 37.1 to
meet to resolve this discovery dispute. The meeting is hereby set
for June 6, 2006 at 9:00 a.m. at my office. If this time is not
acceptable please let me know, however, this dispute needs to be
resolved promptly.

| No. | Doc | Remote Station | Start Time | Duration | Pages | | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|---|------|----------|---------|
| 1 | 613 | BLAIR STERLING | 5-23-06;12:22PM | 44" | 2/ | 2 | EC | BC | CP 14.4 |
| 2 | 613 | 4727215 | 12:23PM | 40" | 2/ | 2 | EC | BC | CP 28.8 |

Notes :
EC: Error Correct
BC: Broadcast Send
CP: Completed
HS: Host Scan
HF: Host Fax

RE: Resend
MP: Multi-Poll
RM: Receive to Memory
HP: Host Print
HR: Host Receive

PD: Polled by Remote
PG: Polling a Remote
DR: Document Removed
FO: Forced Output
FM: Forward Mailbox Doc.

MB: Receive to Mailbox
PI: Power Interruption
TM: Terminated by user
WT: Waiting Transfer
WS: Waiting Send