

LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES and JOHN DOE INSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00001<br><br>CERTIFICATE OF SERVICE |

I, Robert L. Keogh, hereby certify that on the 23rd day of May, 2006, I caused to be served via hand delivery, a true and correct copies of the DECLARATION OF ROBERT L. KEOGH and CERTIFICATE OF SERVICE upon the following offices as set forth below:

US ATTORNEY'S OFFICE
108 Hernan Cortez St.
Suite 500, Sirena Plaza
Hagatña, Guam 96910

Vincent Leon Guerrero
BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO, P.C.
Suite 1008, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatña, Guam 96910

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 5/23/06            By: /s/ RCKey
                              ROBERT L. KEOGH

ORIGINAL