

FILED
DISTRICT COURT OF GUAM
MAY 30 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS and WALTER LAVARIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DUBIDATO S.M. CONLU, JR. dba K CLEANING SERVICES, and JOHN DOE INSURANCE COMPANY,<br><br>Defendants. | Civil Case No. 05-00001<br><br><br><br><br><br>**ORDER TO SHOW CAUSE** |

On May 3, 2006, counsel for the parties appeared before the Court for a preliminary pretrial conference. Based on the parties' representation that discovery had not yet been completed, the Court agreed to vacate the trial date and permit the parties to submit an amended scheduling order and discovery plan for the Court's review and approval. The Court directed the parties to submit the proposed amended scheduling order and discovery plan no later than May 23, 2006.

On May 23, 2006, counsel for the Plaintiffs Robert L. Keogh filed a declaration stating that he had been unable to prepare the proposed amended scheduling order and discovery plan because of a lack of cooperation from counsel for the Defendants.

The Court hereby ORDERS counsel for the Defendants – Assistant U.S. Attorney Mikel Schwab, and Attorney Vincent Leon Guerrero – to show cause why they should not be sanctioned pursuant to local rules LR 16.3 and LR 37.1(d) for their failure to cooperate in good

faith in the framing of the proposed amended scheduling order and discovery plan. Counsel's written response to this Order to Show Cause shall be submitted no later than June 5, 2006.

Furthermore, the Court will give the parties one last opportunity to prepare and submit a proposed amended scheduling order and discovery plan, which shall be submitted no later than June 8, 2006. If counsel for the Defendants fail to cooperate with counsel for the Plaintiffs in the framing of such pleading, then Mr. Keogh is directed to submit his proposed amended scheduling order and discovery plan directly to the Court by the June 8th deadline. The Court will thereafter impose additional sanctions if necessary.

SO ORDERED this 30th day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge