# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Martha Lavarias, et al., | Case No. 1:05-cv-00001 |
| Plaintiffs, | |
| vs. | |
| USA, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the Order to Show Cause filed May 30, 2006, on the dates indicated below:

| | | |
|---|---|---|
| Office of the U.S. Attorney | Blair Sterling Johnson Moody | Robert L. Keogh |
| May 30, 2006 | Martinez and Leon Guerrero, P.C. | May 30, 2006 |
| | May 30, 2006 | |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order to Show Cause filed May 30, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 30, 2006 /s/ Virginia T. Kilgore
Deputy Clerk