VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant Dubidato SM Conlu, Jr.*

FILED
DISTRICT COURT OF GUAM
JUN - 5 2006 
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS, <br><br> Plaintiffs, <br><br> UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES and JOHN DOE INSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. CV05-00001 <br><br><br> **DECLARATION OF VINCENT LEON GUERRERO** |

I, **VINCENT LEON GUERRERO**, declare as follows:

1. I am counsel to Defendant Dubidato SM Conlu, Jr. ("Mr. Conlu"), co-defendant in the instant action.

2. Martha Lavarias ("Mrs. Lavarias"), the principal plaintiff in this case, suffered from two (2) falls prior to the incident alleged in this case.

3. Through discovery, it appears that Mrs. Lavarias underwent significant reconstruction surgery on the same area complained of in the instant case.

//

//

4. Most of the information needed in the defense (and prosecution) of this case may be found through Mrs. Lavarias' treating physicians.

5. During counsel's meeting referred to in paragraph 4 of Robert L. Keogh's ("Mr. Keogh") Declaration filed herein on May 23, 2006, counsel agreed to cooperate in identifying and locating witnesses to be deposed.

6. Mr. Conlu, at this point, desires to depose Mrs. Lavarias' private treating physician located in San Diego, California. No other witnesses have been identified by Mr. Conlu.

7. In response to Plaintiffs' request to provide, I provided the names of Mr. Conlu's employee who would be available for deposition. The other witnesses are not controlled by Mr. Conlu.

8. Since the meeting referred to in paragraph 4 of Mr. Keogh's Declaration filed herein on May 23, 2006, I, in good faith, have been trying to obtain a date to depose Ms. Lavarias and her treating physician.

9. Due to Plaintiffs' counsel's travel schedules (apparently), I have not been able to obtain dates to our mutual satisfaction.

10. Concerning the trial dates and dates referred, I am, and have been, agreeable to the tentative dates. This
//

- 2 -

Case 1:05-cv-00001    Document 21    Filed 06/05/2006    Page 2 of 3

information was expressed at the meeting referred to in paragraph 4 of Mr. Keogh's Declaration filed herein on May 23, 2006.

11. I have been in good faith attempting to follow the Local Rules and cooperate in the discovery in this case.

I declare under penalty of perjury that the foregoing is true and correct.

**DATED** this 5th day of June, 2006.

_____
VINCENT LEON GUERRERO

J49\64006-22
G:\WORDDOC\QBE INSURANCE\PLD\080-DECLARATION OF VLG RE LAVARIAS V USA, CONLU, ET AL..DOC