ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN - 5 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES, and JOHN DOE INSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 05-00001 <br><br><br><br> RESPONSE OF THE UNITED STATES TO THE ORDER TO SHOW CAUSE |

The United States hereby responds to the Order To Show Cause regarding an Amended Scheduling in the above entitled case.

Plaintiff's earlier filing may have created the impression that the parties were not actively working together on a number of issues essential to the Amended Schedule. In fact, the parties expect to have an Amended Order agreed and filed by Friday, June 9.

The issues that all the parties have been working together to resolve include the following:

    1. Witnesses who have relocated to distant locations have been identified. Counsel are negotiating on two possible dates for a medical deposition of her treating physician, and the deposition of the Plaintiff, both in San Diego.

    2. The Plaintiff has not located any documents as to Plaintiff's initial fall in a grocery story in the United States. Plaintiff is making efforts to locate information on

the initial fall. Information on the initial fall will identify witnesses necessary to address the pre-existing conditions prior to this, Plaintiff's third fall. Plaintiff has located medical records on Plaintiff's second fall in the United States.

3. The Defendant K Cleaning Services is confirming that all reports have been located and turned over to the Plaintiff.

4. The United States is attempting to arrange for a video or telephonic deposition with the U.S. Navy physician, now located in Rota, Spain, who treated Plaintiff at Naval Hospital after the most recent fall which is the subject of this lawsuit. Similarly, arrangements for deposing Ms. Rose Castro, located in Japan, are being made.

Substantial progress has taken place in developing the case to the point where a definitive schedule can be agreed and filed with the Court. Deposition of the federal witness still on Guam, Ms. Springsteen, will begin this Wednesday. Information has been collected on the witnesses present at the fall, including Plaintiff's husband. An appropriate trial date has been agreed upon by all three parties.

In short, the parties were not able to file an Amended Scheduling Order because of the pending issues that will determine the discovery necessary to the case, however, the parties are working together to resolve this and to file an Amended Order at the earliest possible date.

The parties thank the Court for its assistance and its patience.

Respectfully submitted this 5th day of June, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

2

# CERTIFICATE OF SERVICE

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that a copy of the "Response of the United States to the Order to Show Cause", Civil Case No. 05-00001, <u>Martha Lavarias and Walter Lavarias v. United States of America, et al</u>, was served by personal service and facsimile to the following Attorney of Record:

Robert L. Keogh
251 Martyr Street, Suite 105
C&A Professional Building
Hagatna, Guam 96910

Dated: June 5, 2006

*Frances B Leon Guerrero*
FRANCES B. LEON-GUERRERO
Legal Assistant