LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs



FILED
DISTRICT COURT OF GUAM
JUN -9 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES and JOHN DOE INSURANCE COMPANY,<br><br>    Defendants. | CIVIL CASE NO. CIV05-00001<br><br><s>STIPULATED REQUEST TO EXTEND ALL DATES</s><br>(AMENDED SCHEDULING ORDER) |

The parties herein, by and through their respective undersigned counsel, hereby request an extension all dates in this matter. Although the parties have made their respective initial disclosures and preliminary written discovery requests have been made, the federal agencies have been having difficulty coordinating production of documents and locating witnesses in a timely manner. So far, two depositions have been taken by plaintiffs and two others are scheduled for next week. Plaintiffs live in California and their depositions are scheduled for June 22, 2006 in San Diego. In addition, treating physicians and other witnesses live overseas and may have to be deposed as well.

The parties are working diligently on this case and respectfully request the extension of the following:

ORIGINAL

STIPULATED REQUEST TO EXTEND ALL DATES
(AMENDED SCHEDULING ORDER)
Civil Case CIV05-00001
Lavarias v. USA, et. al.
Page 2

1. The discovery cutoff date (defined as the last date to file responses to discovery) shall be moved from January 27, 2006 to December 4, 2006.

2. All discovery motions shall be filed on or before December 11, 2006 (extended from February 3, 2006) ~~and heard on or before January 11, 2007 (extended from March 3, 2006)~~. *JMY*

3. All dispositive motions shall be filed on or before January 22, 2007 (extended from April 7, 2006) ~~and heard on or before February 12, 2007 (extended from April 28, 2006)~~. *JMY*

4. The preliminary pre-trial conference shall be moved from May 1, 2006 to February ~~15~~ *14*, 2007, at 9:30 a.m. *JMY*

5. The parties' pretrial materials, discovery materials, witness lists, exhibit lists, and designation of discovery responses shall be filed on or before February 21, 2007 (extended from May 8, 2006).

6. The proposed pretrial order shall be filed on or before February ~~28~~ *21*, 2007 (extended from May 15, 2006).

STIPULATED REQUEST TO EXTEND ALL DATES
(AMENDED SCHEDULING ORDER)
Civil Case CIV05-00001
Lavarias v. USA, et. al.
Page 3

7. The final pretrial conference shall be held on February 28, 2007 (extended from May 15, 2006), at 9:30 a.m. JVY

8. The trial shall commence at 9:00 a.m. on March 7, 2007 (extended from 9:00 a.m. on May 22, 2006).

9. The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than November 15, 2006 (extended from January 6, 2005).

Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made not later than November 27, 2006 (extended from March 3, 2006).

The depositions of experts may be scheduled at any time at least 14 days subsequent to the submission of rebuttal reports and the depositions of said experts shall be completed no later than December 11, 2006 (extended from April 7, 2006).

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 6/8/06

By: _____
ROBERT L. KEOGH

```
 1 | STIPULATED REQUEST TO EXTEND ALL DATES
   | (AMENDED SCHEDULING ORDER)
 2 | Civil Case CIV05-00001
   | Lavarias v. USA, et. al.
 3 | Page 4
```

BLAIR STERLING JOHNSON MOODY
MARTINEZ & LEON GUERRERO
Attorneys for Defendant Dubidato
S.M. Conlu, Jr. dba K Cleaning
Services

DATE: 6/8/06

By: _____
VINCENT LEON GUERRERO

OFFICE OF THE U.S. ATTORNEY
Attorneys for Defendant
United States of America

DATE: 6/8/06

By: _____
MIKEL W. SCHWAB

ORDER

SO ORDERED this 9th day of June, 2006.

_____
Joaquin V.E. Manibusan, Jr.
U. S. Magistrate Judge
DISTRICT COURT OF GUAM

RECEIVED
JUN -8 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM