VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Attorneys for Defendant Dubidato SM Conlu, Jr.

**FILED**
DISTRICT COURT OF GUAM
JUN -9 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS,<br><br>Plaintiffs,<br><br>UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES and JOHN DOE INSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. CV05-00001<br><br>**CERTIFICATE OF SERVICE** |

I, **VINCENT LEON GUERRERO**, hereby certify that a copy of the **DECLARATION OF VINCENT LEON GUERRERO** filed herein on June 5, 2006, was served on counsel via hand delivery, on June 5, 2006, as follows:

**ROBERT L. KEOGH, ESQ.**
**LAW OFFICE OF ROBERT L. KEOGH**
**SUITE 105, C&A BUILDING**
**251 MARTYR STREET**
**HAGÅTÑA, GUAM 96910**

**MIKEL W. SCHWAB**
**ASSISTANT US ATTORNEY**
**OFFICE OF THE UNITED STATES ATTORNEY**
**108 HERNAN CORTEZ AVENUE**
**SUITE 500**
**HAGÅTÑA, GUAM 96910**

**DATED** this 8th day of June, 2006.

_____
VINCENT LEON GUERRERO

J49\64006-22
G:\WORDDOC\QBE INSURANCE\PLD\080-COS RE LAVARIAS V USA, CONLU, ET AL..DOC

**ORIGINAL**