ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 29 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES, and JOHN DOE INSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. 05-00001<br><br>**NOTICE TO TAKE DEPOSITION** |

TO: ROBERT L. KEOGH, Attorney for Plaintiffs:

**PLEASE TAKE NOTICE** that on July 28, 2006, at 10:00 a.m., at the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagatna, Guam, Defendants in the above-entitled action will take the deposition via video teleconferencing of ROSE CASTRO, upon oral examination pursuant to the Rules of Civil Procedure before a Notary Public or before some other officer authorized by law to administer oaths.

DATED this 29th day of June, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney