FILED
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS,<br><br>Plaintiffs,<br><br>UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES and JOHN DOE INSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. CV05-00001<br><br>NOTICE OF DEPOSITION |

TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant **DUBIDATO SM CONLU, JR dba K CLEANING SERVICES** will take the deposition upon oral examination via video conference of **SCOTT C. WALTHOUR, M.D.**, pursuant to Rule 30 of the Federal Rules of Civil Procedure on Tuesday, July 25, 2006, at the hour of 10:30 p.m., Guam time (July 25, 2006, 8:30 a.m. Pittsburg, PA time) at the Office of the United States Attorney, 108 Hernan Cortez Avenue, Suite 500 Hagåtña, Guam 96910.

Said deposition will be recorded by Flores Court Reporting, and will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: JULY 17, 2006      BY: /s/ Vincent Leon Guerrero
**VINCENT LEON GUERRERO**
*Attorney for Defendant Dubidato SM Conlu, Jr., dba K Cleaning Services*

V63\64006-22
G:\WORDDOC\QBE INSURANCE\PLD\082-NTC OF DEPO (DR. WALTHOUR) RE LAVARIAS V USA.DOC

- 1 -

ORIGINAL