**ORIGINAL**

1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7215

6  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG -2 2006 

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS, | CIVIL CASE NO. 05-00001 |
| Plaintiffs, | **NOTICE TO TAKE DEPOSITION** |
| vs. | |
| UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES, and JOHN DOE INSURANCE COMPANY, | |
| Defendants. | |

TO: VINCENT LEON GUERRERO, Attorney for Defendant Dubidato SM Conlu, Jr.:
    Klemm Blair Sterling & Johnson, P.C.
    Suite 1008, Pacific News Building
    238 Archbishop Flores Street
    Hagatna, Guam

**PLEASE TAKE NOTICE** that on August 9, 2006, at 11:00 a.m., at the United States Attorney's Office, located at the U.S. Courthouse, 17th Floor, 312 North Spring Street, Los Angeles, California, Defendant, United States, will take the deposition of Plaintiff MARTHA

1  LAVARIAS, upon oral examination pursuant to the Rules of Civil Procedure before a Notary
2  Public or before some other officer authorized by law to administer oaths.
3  DATED this 2nd day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney