ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG -2 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES, and JOHN DOE INSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 05-00001 <br><br> **NOTICE TO TAKE DEPOSITION** |

TO: ROBERT L. KEOGH, Attorney for Plaintiffs:
   251 Martyr Street, Ste 105
   C&A Professional Bldg.
   Hagatna, Guam

**PLEASE TAKE NOTICE** that on August 9, 2006, at 11:00 a.m., at the United States Attorney's Office, located in the U.S. Courthouse, 17th Floor, 312 North Spring Street, Los Angeles, California, Defendant, United States, will take the deposition of Plaintiff MARTHA LAVARIAS, upon oral examination pursuant to the Rules of Civil

Procedure before a Notary Public or before some other officer authorized by law to administer oaths.

DATED this 2nd day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney