ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 4 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES, and JOHN DOE INSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. 05-00001<br><br>**AMENDED NOTICE TO TAKE DEPOSITION** |

TO: ROBERT L. KEOGH, Attorney for Plaintiffs:
　　251 Martyr Street, Ste 105
　　C&A Professional Bldg.
　　Hagatna, Guam

**PLEASE TAKE NOTICE** that on August 24, 2006, at 3:00 p.m., at the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagatna, Guam, Defendant, United States, in the above-entitled action will take the deposition of

1 ROSE CASTRO, upon oral examination pursuant to the Rules of Civil Procedure before
2 a Notary Public or before some other officer authorized by law to administer oaths.
3      DATED this 4th day of August, 2006.

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and CNMI

                         By:  _____
                              MIKEL W. SCHWAB
                              Assistant U.S. Attorney