ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 4 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES, and JOHN DOE INSURANCE COMPANY,<br><br>　　　　Defendants. | CIVIL CASE NO. 05-00001<br><br>**AMENDED NOTICE TO TAKE DEPOSITION** |

TO: VINCENT LEON GUERRERO, Attorney for
　　　Defendant Dubidato SM Conlu, Jr.

　　　Klemm Blair Sterling & Johnson, P.C.
　　　Suite 1008, Pacific News Building
　　　238 Archbishop Flores Street
　　　Hagatna, Guam

**PLEASE TAKE NOTICE** that on August 24, 2006, at 3:00 p.m., at the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagatna, Guam, Defendant, United States, in the above-entitled action will take the deposition of

//

//

ROSE CASTRO, upon oral examination pursuant to the Rules of Civil Procedure before a Notary Public or before some other officer authorized by law to administer oaths.

DATED this 4th day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Mikel W. Schwab
MIKEL W. SCHWAB
Assistant U.S. Attorney