ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES, and JOHN DOE INSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. 05-00001 <br><br> **AMENDED NOTICE TO TAKE DEPOSITION** |

TO: MARTHA LAVARIAS;
   WALTER LAVARIAS;

   c/o ROBERT L. KEOGH, Attorney for Plaintiffs:
   251 Martyr Street, Ste 105
   C&A Professional Bldg.
   Hagatna, Guam

   VINCENT LEON GUERRERO, Attorney for Defendant Dubidato SM Conlu, Jr.:
   Klemm Blair Sterling & Johnson, P.C.
   Suite 1008, Pacific News Building
   238 Archbishop Flores Street
   Hagatna, Guam

**PLEASE TAKE NOTICE** that on August 9, 2006, at 11:00 a.m., at the United States Attorney's Office, located in the U.S. Courthouse, 17th Floor, 312 North Spring

Street, Los Angeles, California, Defendant, United States, will take the deposition of Plaintiffs MARTHA LAVARIAS and WALTER LAVARIAS, upon oral examination pursuant to the Rules of Civil Procedure before a Notary Public or before some other officer authorized by law to administer oaths. You are requested to bring with you all and/or any of your medical records to include x-rays in your possession and any and all documents regarding this and other times in which you have fallen, or have otherwise been involved in an incident resulting in injury to yourself. These documents should include any and all lawsuits or monetary claims you have ever filed or threatened to file or otherwise assert.

DATED this 4th day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney