VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant Dubidato SM Conlu, Jr.*

FILED
DISTRICT COURT OF GUAM
JAN 24 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS,<br><br>Plaintiffs,<br><br>UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES and JOHN DOE INSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. CV05-00001<br><br>STIPULATION ~~AND ORDER~~ FOR DISMISSAL WITH PREJUDICE OF DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the claims against **DUBIDATO SM CONLU, JR.** dba **K CLEANING SERVICES** be dismissed, in its entirety, with prejudice. The parties shall bear their own attorneys' fees and costs.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: ~~NOVEMBER~~ 1/23/07, 2006

BY: /s/ Vincent Leon Guerrero
VINCENT LEON GUERRERO
*Attorneys for Defendant Dubidato S.M. Conlu, Jr. dba K Cleaning Services.*

//
//

STIPULATION AND ORDER
 FOR DISMISSAL WITH PREJUDICE
CIVIL CASE NO. CV05-00001

OFFICE OF THE UNITED STATES ATTORNEY

DATED: NOVEMBER 12, 2006   BY: /s/
 MIKEL W. SCHWAB
 *Attorneys for Defendant United States of America*

LAW OFFICE OF ROBERT L. KEOGH

DATED: ~~NOVEMBER~~ January 23, 200̶6̶ 7   BY: /s/
 ROBERT L. KEOGH
 *Attorney for Martha Lavarias and Walter Lavarias*

# ORDER

Good cause showing, this Court hereby **ORDERS** the claims against Defendant Dubidato SM Conlu dba K Cleaning Services be dismissed in its entirety, with prejudice.

_____
**HONORABLE** _____
JUDGE, DISTRICT COURT OF GUAM

V63\64006-22
G:\WORDDOC\QBE INSURANCE\PLD\085-STIP & ORDER 4 DWP RE LAVARIAS V USA.DOC

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857