VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant Dubidato SM Conlu, Jr.*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARTHA LAVARIAS, and WALTER LAVARIAS, <br><br> Plaintiffs, <br><br> UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES and JOHN DOE INSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. CV05-00001 <br><br> **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES** |

The parties hereto, having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal with Prejudice of Dubidato SM Conlu, Jr. dba K Cleaning Services filed on January 24, 2007, is Hereby Approved and So Ordered.

**SO ORDERED this January 30th, 2007.**



**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**