VINCENT LEON GUERRERO
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant Dubidato SM Conlu, Jr.*

## IN THE DISTRICT COURT OF GUAM

| MARTHA LAVARIAS, and WALTER LAVARIAS, | ) ) ) | CIVIL CASE NO. CV05-00001 |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| UNITED STATES OF AMERICA, DUBIDATO SM CONLU, JR. dba K CLEANING SERVICES and JOHN DOE INSURANCE COMPANY, | ) ) ) ) ) ) | **JUDGMENT OF DISMISSAL** |
| Defendants. | ) ) ) | |

The instant action is hereby dismissed with prejudice in its entirety. Each party shall bear their own attorneys' fees and costs.

**SO ORDERED** this January 30th, 2007.



           **/s/ Hon. Frances M. Tydingco-Gatewood**
           **Chief Judge**